**Steven P. Jones, OSB #782628**
sjones@keatingjones.com
**Kirstin L. Abel, OSB #035046**
kabel@keatingjones.com
Keating Jones Hughes PC
One SW Columbia, Suite 800
Portland, OR 97258-2095
Phone: (503) 222-9955
Fax: (503) 796-0699
Attorneys for Cascade Healthcare Community, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| MINNY FRANK,<br><br>          Plaintiff,<br><br>     v.<br><br>CASCADE HEALTHCARE COMMUNITY, INC. dba ST. CHARLES MEDICAL CENTER; MAGNUS LAKOVICS, MD; EDWARD PALMER, MD,<br><br>          Defendants. | Case No. 6:11-cv-06402-AA<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>By Cascade Healthcare Community, Inc. |

Defendant Cascade Healthcare Community, Inc., submits the following Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and LR 7.1-1:

Defendant Cascade Healthcare Community, Inc. is a domestic nonprofit, public benefit Oregon corporation. As a nonprofit corporation, Cascade Healthcare Community, Inc. has no ownership interests to be publicly held.

DATED this 26th day of March, 2012.

KEATING JONES HUGHES, P.C.

*s/ Kirstin L. Abel*
Kirstin L. Abel, OSB No. 035046
503-222-9955
Attorneys for Cascade Healthcare Community, Inc.

**KEATING JONES HUGHES P.C.**
One Southwest Columbia, Suite 800
Portland, Oregon 97258-2095
(503) 222-9955

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **CORPORATE DISCLOSURE**

**STATEMENT** on the following:

Minny Frank                                    Via US Mail
1803 Buttermilk Lane
Arcata, CA 95521
Phone: (707) 822-3844
Fax: (240) 358-0424
Of Attorneys for Plaintiff Pro Se

Ruth J. Hooper                                 Via Electronic Court Service
Hart Wagner LLP
1000 SW Broadway, Suite 2000
Portland, OR 97205
Phone: (503) 222-4499
Fax: (503) 222-2301
Of Attorneys for Magnus Lakovics, MD

Gordon L. Welborn                              Via Electronic Court Service
Hart Wagner LLP
439 SW Umatilla Avenue
Redmond OR 97756
Phone: (541) 548-6044
Fax: (541) 548-6034
Of Attorneys for Edward Palmer, MD

by the method indicated on said day.

DATED this 26th day of March, 2012.

KEATING JONES HUGHES, P.C.

*s/ Kirstin L. Abel*
Kirstin L. Abel, OSB No. 035046
kabel@keatingjones.com, FAX 503-796-0699
Of Attorneys for Cascade Healthcare Community, Inc.

Trial Attorney:  Steven P. Jones, OSB No. 782628

**CERTIFICATE OF SERVICE -** Page 2

KEATING JONES HUGHES P.C.
One Southwest Columbia, Suite 800
Portland, Oregon 97258-2095
(503) 222-9955