**Steven P. Jones, OSB #782628**
sjones@keatingjones.com
**Kirstin L. Abel, OSB #035046**
kabel@keatingjones.com
Keating Jones Hughes PC
One SW Columbia, Suite 800
Portland, OR 97258-2095
Phone: (503) 222-9955
Fax: (503) 796-0699
Attorneys for Cascade Healthcare Community, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| MINNY FRANK, | Case No. 6:11-cv-06402-AA |
| Plaintiff, | **MOTION FOR PROTECTIVE ORDER** |
| v. | By Cascade Healthcare Community, Inc. |
| CASCADE HEALTHCARE COMMUNITY, INC. dba ST. CHARLES MEDICAL CENTER; MAGNUS LAKOVICS, MD; EDWARD PALMER, MD, | *REQUEST FOR ORAL ARGUMENT EXPEDITED HEARING REQUESTED* |
| Defendants. | |

### LR 7.1 Certification

Pursuant to Local Rule 7.1, counsel for defendant Cascade Healthcare Community, Inc., dba St. Charles Medical Center has conferred with plaintiff but the parties were unable to resolve the issues raised herein.  *See*, Declaration of Kirstin L. Abel and attached Exhibits.

### MOTION

Defendant moves for an order from the Court granting the following:

1)    An order enjoining plaintiff from having any further contact with any represented parties in this case, including employees, executives, and board members of defendant, and via

MOTION FOR PROTECTIVE ORDER **-** Page 1

Doc No. 328431

KEATING JONES HUGHES P.C.
One Southwest Columbia, Suite 800
Portland, Oregon 97258-2095
(503) 222-9955

email, correspondence, online video, Facebook, Twitter, Youtube, or any other means.

      2)      An order requiring plaintiff to remove all videos, websites, blog posts, Facebook pages/posts, Twitter posts, or other online content relating to this lawsuit or the facts underlying it.

      3)      An order enjoining plaintiff from posting any further videos, websites, blog posts, Facebook pages/posts, Twitter posts, or other online content relating to this lawsuit or the facts underlying it.

      4)      If plaintiff violates the orders set out above, defendants move for the Court to impose sanctions up to and including monetary penalties, striking of plaintiff's pleadings, and dismissal.

DATED this 16th day of July, 2012.

                              KEATING JONES HUGHES, P.C.

                              s/ Kirstin L. Abel
                              Kirstin L. Abel, OSB No. 035046
                              503-222-9955
                              Attorneys for Cascade Healthcare Community, Inc.

MOTION FOR PROTECTIVE ORDER - Page 2
Doc No. 328431

KEATING JONES HUGHES P.C.
One Southwest Columbia, Suite 800
Portland, Oregon 97258-2095
(503) 222-9955

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **MOTION FOR PROTECTIVE ORDER** on the following:

| | |
|---|---|
| Minny Frank<br>1803 Buttermilk Lane<br>Arcata, CA 95521<br>Phone: (707) 822-3844<br>Fax: (240) 358-0424<br>Plaintiff Pro Se | Via Electronic Court Service |
| Gordon L. Welborn<br>Hart Wagner LLP<br>439 SW Umatilla Avenue<br>Redmond OR 97756<br>Phone: (541) 548-6044<br>Fax: (541) 548-6034<br>Of Attorneys for Edward Palmer, MD | Via Electronic Court Service |

by the method indicated above on said day.

DATED this 16th day of July, 2012.

KEATING JONES HUGHES, P.C.

s/ Kirstin L. Abel
_____
Kirstin L. Abel, OSB No. 035046
kabel@keatingjones.com, FAX 503-796-0699
Of Attorneys for Cascade Healthcare Community, Inc.

Trial Attorney: Steven P. Jones, OSB No. 782628

**CERTIFICATE OF SERVICE -** Page 3

Doc No. 328431

KEATING JONES HUGHES P.C.
One Southwest Columbia, Suite 800
Portland, Oregon 97258-2095
(503) 222-9955